UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **BRYAN REYNALDO RUGLAS BARRIENTOS,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:24-CV-00005 |
| **JUAN BALTAZAR,** *et al.*, § § | |
| Defendants. § | |

## ORDER

Petitioner Bryan Reynaldo Ruglas Barrientos ("Petitioner") filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, raising therein several claims related to his arrival, removal, and bar of reentry. (Dkt. 1.) The Government filed a Motion to Dismiss Petitioner's Petition. (Dkt. 18.) The Court referred this matter to Magistrate Judge Diana Song-Quiroga (Dkt. 4), who thereafter submitted her Report and Recommendation. (Dkt. 25.) In her Report and Recommendation, the Magistrate Judge recommended granting the Government's defense and dismissing Petitioner's claims challenging his parole and bond determinations. (*Id.* at 4.) The Magistrate Judge also recommended the Court deny the Government's defense that the Court lacked subject matter jurisdiction to review Petitioner's remaining claim contesting his twenty-year bar of reentry. (*Id.* at 6–8.)

Over fourteen days have passed since the Parties were served with a copy of this Report and Recommendation, and no written objections have been filed. Having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should

be and is hereby ADOPTED IN WHOLE. Thus, Petitioner's Petition (Dkt. 1) is DISMISSED without prejudice.

    IT IS SO ORDERED.
    SIGNED this March 7, 2025.

                                       Diana Saldaña
                                       United States District Judge